**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SMARTER AGENT, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>           v.<br><br>BOOPSIE, INC., CLASSIFIED VENTURES, LLC, HOTPADS, INC., IDX, INC., MOVE, INC., REALSELECT, INC., MULTIFAMILY TECHNOLOGY SOLUTIONS, INC., d/b/a MYNEWPLACE, PRIMEDIA, INC., CONSUMER SOURCE, INC. TRSOFT, Inc., d/b/a PLANETRE, TRULIA, INC., ZILLOW, INC., and ZIPREALTY, INC.,<br><br>                    Defendants. | Case No. 1:10-cv-00245-LPS<br><br>**JURY TRIAL DEMANDED** |
| TRULIA, INC., a Delaware corporation,<br><br>                    Counterclaim Plaintiff,<br><br>           v.<br><br>SMARTER AGENT, LLC, a Delaware limited liability company,<br><br>                    Counterclaim Defendant. | |

**DEFENDANT TRULIA, INC.'S ANSWER AND COUNTERCLAIMS
TO PLAINTIFF'S COMPLAINT**

Defendant Trulia, Inc. ("Trulia"), for its Answer and Counterclaims to the Complaint for

Patent Infringement ("Complaint") filed by Plaintiff Smarter Agent, LLC ("Smarter Agent"),

states as follows:

**NATURE OF THE ACTION**

1. Trulia admits that United States Patent Number 6,385,541 ("the '541 patent")

purports to be titled "Global Positioning-Based Real Estate Database Access Device and Method," that United States Patent Number 6,496,776 ("the '776 patent") purports to be titled "Position-Based Information Access Device and Method," and that United States Patent Number 7,072,665 ("the '665 patent") purports to be titled "Position-Based Information Access Device and Method of Searching." Trulia further admits that the Complaint purports to be a patent infringement action and that it seeks injunctive relief and monetary damages. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and, therefore, denies the same. Except as expressly admitted herein, Trulia denies each and every allegation of Paragraph 1 of the Complaint.

## THE PARTIES

2. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2 and, therefore, denies the same.

3. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 3 and, therefore, denies the same.

4. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4 and, therefore, denies the same.

5. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5 and, therefore, denies the same.

6. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6 and, therefore, denies the same.

7. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7 and, therefore, denies the same.

8. Trulia does not have knowledge or information sufficient to form a belief as to the

truth of the allegations of Paragraph 8 and, therefore, denies the same.

9. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9 and, therefore, denies the same.

10. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 10 and, therefore, denies the same.

11. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 11 and, therefore, denies the same.

12. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 12 and, therefore, denies the same.

13. Trulia admits that it is a Delaware corporation, with its principal place of business in San Francisco, California. Except as expressly admitted herein, Trulia denies each and every allegation of Paragraph 13 of the Complaint.

14. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14 and, therefore, denies the same.

15. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15 and, therefore, denies the same.

## **JURISDICTION AND VENUE**

16. Paragraph 16 states legal conclusions, to which no responses are required.

17. Trulia denies each and every allegation of Paragraph 17 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph as they pertain to other defendants and, therefore, denies the same.

18. Trulia admits that it has made available software for use with a mobile device that

allows a user to access certain information relating to real estate. Trulia denies the remaining allegations of Paragraph 18 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph as they pertain to other defendants and, therefore, denies the same. Except as expressly admitted herein, Trulia denies each and every allegation of Paragraph 18 of the Complaint.

19. Paragraph 19 states a legal conclusion, to which no response is required.

20. Paragraph 20 states legal conclusions, to which no responses are required. Trulia denies the remaining allegations of Paragraph 20 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph as they pertain to other defendants and, therefore, denies the same.

## BACKGROUND

21. Trulia denies each and every allegation of Paragraph 21 of the Complaint.

22. Trulia denies each and every allegation of Paragraph 22 of the Complaint.

23. Trulia denies each and every allegation of Paragraph 23 of the Complaint.

24. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 24 and, therefore, denies the same.

25. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 25 and, therefore, denies the same.

26. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 26 and, therefore, denies the same.

27. Trulia does not have knowledge or information sufficient to form a belief as to the

truth of the allegations of Paragraph 27 and, therefore, denies the same.

28. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 28 and, therefore, denies the same.

29. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 29 and, therefore, denies the same.

30. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 30 and, therefore, denies the same.

31. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 31 and, therefore, denies the same.

32. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 32 and, therefore, denies the same.

33. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 33 and, therefore, denies the same.

34. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 34 and, therefore, denies the same.

35. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 35 and, therefore, denies the same.

36. Trulia admits that it has made available an application for mobile phones, which may be used to access certain real estate information. Trulia further admits that the application may be operated on an Apple iPhone. Trulia denies the remaining allegations of Paragraph 36 of the Complaint. Except as expressly admitted herein, Trulia denies each and every allegation of Paragraph 36 of the Complaint.

37. Trulia does not have knowledge or information sufficient to form a belief as to the

truth of the allegations of Paragraph 37 and, therefore, denies the same.

38. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 38 and, therefore, denies the same.

39. Trulia denies each and every allegation of Paragraph 39 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 39 and, therefore, denies the same.

## FIRST CLAIM FOR RELIEF
## INFRINGEMENT OF THE '541 PATENT

40. Trulia repeats and incorporates by reference each of the responses to Paragraphs 1-39 above as if fully set forth herein.

41. Trulia denies each and every allegation of Paragraph 41 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 41 as they pertain to other defendants and, therefore, denies the same.

42. Trulia denies each and every allegation of Paragraph 42 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 42 as they pertain to other defendants and, therefore, denies the same.

43. Trulia denies each and every allegation of Paragraph 43 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 43 as they pertain to other defendants and, therefore, denies the same.

44. Trulia denies each and every allegation of Paragraph 44 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to

the truth of the allegations of Paragraph 44 as they pertain to other defendants and, therefore, denies the same.

45. Trulia denies each and every allegation of Paragraph 45 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 45 as they pertain to other defendants and, therefore, denies the same.

46. Trulia denies each and every allegation of Paragraph 46 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 46 as they pertain to other defendants and, therefore, denies the same.

**SECOND CLAIM FOR RELIEF**
**INFRINGEMENT OF THE '776 PATENT**

47. Trulia repeats and incorporates by reference each of the responses set forth in Paragraphs 1-46 above as if fully set forth herein.

48. Trulia denies each and every allegation of Paragraph 48 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 48 as they pertain to other defendants and, therefore, denies the same.

49. Trulia denies each and every allegation of Paragraph 49 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 49 as they pertain to other defendants and, therefore, denies the same.

50. Trulia denies each and every allegation of Paragraph 50 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to

the truth of the allegations of Paragraph 50 as they pertain to other defendants and, therefore, denies the same.

51.     Trulia denies each and every allegation of Paragraph 51 of the Complaint as they pertain to Trulia.  Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 51 as they pertain to other defendants and, therefore, denies the same.

52.     Trulia denies each and every allegation of Paragraph 52 of the Complaint as they pertain to Trulia.  Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 52 as they pertain to other defendants and, therefore, denies the same.

53.     Trulia denies each and every allegation of Paragraph 53 of the Complaint as they pertain to Trulia.  Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 53 as they pertain to other defendants and, therefore, denies the same.

**THIRD CLAIM FOR RELIEF**
**INFRINGEMENT OF THE '665 PATENT**

54.     Trulia repeats and incorporates by reference each of the responses set forth in Paragraphs 1-53 above as if fully set forth herein.

55.     Trulia denies each and every allegation of Paragraph 55 of the Complaint as they pertain to Trulia.  Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 55 as they pertain to other defendants and, therefore, denies the same.

56.     Trulia denies each and every allegation of Paragraph 56 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to

the truth of the allegations of Paragraph 56 as they pertain to other defendants and, therefore, denies the same.

57. Trulia denies each and every allegation of Paragraph 57 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 57 as they pertain to other defendants and, therefore, denies the same.

58. Trulia denies each and every allegation of Paragraph 58 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 58 as they pertain to other defendants and, therefore, denies the same.

59. Trulia denies each and every allegation of Paragraph 59 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 59 as they pertain to other defendants and, therefore, denies the same.

60. Trulia denies each and every allegation of Paragraph 60 of the Complaint as they pertain to Trulia. Trulia does not have knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 60 as they pertain to other defendants and, therefore, denies the same.

## AFFIRMATIVE DEFENSES

As and for its affirmative defenses to all claims purported to be set forth against it in the Complaint, including the Prayer for Relief therein, Trulia alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

1. The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

(Non-infringement)

2. Trulia has not directly or indirectly infringed, either literally or under the doctrine of equivalents, either individually or collectively, any claim of the '541, '776, or '665 patents.

## THIRD AFFIRMATIVE DEFENSE

(Anticipation/Obviousness)

3. One or more claims of the '541, '776, and '665 patents is invalid, *inter alia*, as anticipated under 35 U.S.C. § 102 and/or obvious under 35 U.S.C. § 103.

## FOURTH AFFIRMATIVE DEFENSE

(Invalidity)

4. One or more claims of the '541, '776, and '665 patents is invalid, *inter alia*, because the specification does not comply with 35 U.S.C. § 112, first paragraph, and because the claims do not comply with 35 U.S.C. § 112, second paragraph.

## FIFTH AFFIRMATIVE DEFENSE

(Equitable Relief Barred)

5. Smarter Agent's claim for injunctive relief and equitable remedies is barred in light of the fact that Plaintiff has an adequate remedy at law.

## COUNTERCLAIMS OF TRULIA, INC.

Pursuant to Rule 13 of the Federal Rules of Civil Procedure, Defendant and Counterclaim-Plaintiff Trulia, Inc. alleges the following Counterclaims against Plaintiff Smarter Agent, LLC:

1. Trulia is a Delaware corporation organized and existing under the laws of Delaware, with its principal place of business at 208 Utah Street, Suite 310, San Francisco California 94110.

2. On information and belief, Smarter Agent is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Camden, New Jersey.

## JURISDICTION

3. This Counterclaim is brought pursuant to the Declaratory Judgment Act, codified at 28 U.S.C. §§ 2201 and 2202, and pursuant to the patent laws of the United States, including, but not limited to, 35 U.S.C. §§ 271, 281, 284 and 285.

4. Subject matter jurisdiction exists pursuant to 28 U.S.C. §§ 1331 and 1338.

## BACKGROUND

5. Smarter Agent purports to be the sole holder of the entire right, title and interest in the '541, '776 and '665 patents.

6. Smarter Agent has charged Trulia with infringing the '541, '776 and '665 patents.

7. Trulia denies infringement of any valid claim of the asserted patents.

8. The '541 patent is invalid for failure to comply with one or more the requirements of the patent laws of the United States, including, but not limited to, those codified at 35 U.S.C. §§ 102, 103 and 112.

9. The '776 patent is invalid for failure to comply with one or more the requirements of the patent laws of the United States, including, but not limited to, those codified at 35 U.S.C. §§ 102, 103 and 112.

10. The '665 patent is invalid for failure to comply with one or more the requirements

of the patent laws of the United States, including, but not limited to, those codified at 35 U.S.C. §§ 102, 103 and 112.

**COUNTERCLAIM ONE**
**Declaratory Judgment Regarding Non-Infringement of the '541, '776 and '665 patents**

11. Trulia repeats and re-alleges the allegations of the preceding paragraphs 1-10 as if fully set forth herein.

12. Smarter Agent has sued Trulia in the present action, alleging infringement of the '541, '776 and '665 patents. Thus, an immediate, real and justiciable controversy exists between Smarter Agent and Trulia with respect to the validity of the '541, '776 and '665 patents.

13. Trulia is not infringing, has not infringed, either literally or under the doctrine of equivalents, directly, by inducement, contributorily, or in any way, any valid, enforceable claim of the '541, '776 and '665 patents.

14. Trulia is entitled to a declaratory judgment that it has not and does not infringe, directly or indirectly, any valid, enforceable claim of the '541, '776 and '665 patents.

15. Smarter Agent has also filed this action without a good faith basis, making this an exceptional case. Consequently, Smarter Agent is liable for any and all attorneys' fees, expenses and costs incurred by Trulia in connection with this baseless action by Smarter Agent.

**COUNTERCLAIM TWO**
**Declaratory Judgment Regarding Invalidity of the '541, '776 and '665 patents**

16. Trulia repeats and re-alleges the allegations of the preceding paragraphs 1 to 15 as if fully set forth herein.

17. Smarter Agent has sued Trulia in the present action, alleging infringement of the '541, '776 and '665 patents. Thus, an immediate, real and justiciable controversy exists between Smarter Agent and Trulia with respect to the validity of the '541, '776 and '665 patents.

18. The claims of the '541, '776 and '665 patents are invalid for failure to satisfy one or more of the requirements of Title 35 of the United States Code, including, without limitation, Sections 102, and 103 and/or 112.

19. Trulia is entitled to a declaratory judgment that the claims of the '541, '776 and '665 patents are invalid.

20. Smarter Agent has also filed in this action without a good faith basis, making this an exceptional case. Consequently, Smarter Agent is liable for any and all attorneys' fees, expenses and costs incurred by Trulia in connection with this baseless action by Smarter Agent.

## RELIEF

WHEREFORE, Trulia respectfully requests the following relief:

a. That Smarter Agent take nothing by its Complaint and that Smarter Agent's Complaint be dismissed with prejudice;

b. That the Court find and declare that Trulia does not infringe any valid, enforceable claim of the '541, '776 and '665 patents;

c. That the Court find and declare that the claims of the '541, '776 and '665 patents asserted against Trulia are invalid and unenforceable;

d. That, pursuant to 35 U.S.C. §285, Fed. R. Civ. P. 11, and/or other applicable laws, the Court find that Smarter Agent's conduct in commencing and pursuing this action renders this an exceptional case and that Trulia be awarded its attorneys' fees, expenses and costs incurred in connection with this action; and

e. That Trulia be granted such other and additional relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Under Rule 38 of the Federal Rules of Civil Procedure, Trulia hereby demands a trial by jury.

| | |
|---|---|
| Dated: August 31, 2010 | By: /s/Arthur G. Connolly, III <br> Arthur G. Connolly III (#2667) <br> AConnollyIII@cblh.com <br> CONNOLLY BOVE LODGE & HUTZ LLP <br> The Nemours Building <br> 1007 North Orange Street <br> Post Office Box 2207 <br> Wilmington, DE  19899 <br> Telephone: (302) 888-6318 <br> Facsimile: (302) 658-5614 <br><br> Attorneys for Defendant <br> Trulia, Inc. |

Of Counsel:
Ramsey M. Al-Salam
PERKINS COIE LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Christopher Kao
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone: (650) 848-4300
Facsimile: (650) 838-4350